UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 JUL 30 AM 8 38

STEPHAN HARRIS, CLERK
CHEYENNE

In Re: In the Matter of Outstanding Bonds in
the Possession of the Clerk,
United States District Court for
the District of Wyoming.

Please be advised that the following bonds are in the possession of the Clerk, United States District Court for the District of Wyoming. Final disposition has been entered in the cases associated with the bonds as outlined in the chart below. The chart indicates the case number; type and amount of the bond; date the bond was filed; disposition of the case or bond; and date of disposition.

| Case Number | Bond Type and Amount | Date Bond Filed | Disposition | Date of Disposition |
|---|---|---|---|---|
| 80CV318 | Surety $205,000.00 | 12/10/1980 | Order of Dismissal | 5/1/1987 |
| 81CV160 | Supersedeas $4,447,808.43 | 4/20/1983 | USCA Mandate<br><br>Satisfaction | 10/9/1987<br><br>10/13/1987 |
| 82CV157 | Supersedeas $177,500.00 | 1/4/1984 | Bond Discharged<br>Satisfaction | 3/26/1987<br>10/23/1987 |
| 82CV503 | Supersedeas $1,150,000.00 | 2/22/1984 | Mandate and Bond Discharged | 9/21/1984 |
| 83CV233 | Receiver's Bond $50,000.00 | 7/11/1983 | Bond exonerated Receiver discharged | 5/29/1992 |
| 83CV382 | Supersedeas $250,000.00 | 11/20/1985 | Sureties Discharged | 12/13/1988 |

| 83CV513 | Supersedeas $200,000.00 | 8/27/1984 | Dismissal | 11/7/1986 |
|---|---|---|---|---|
| 84CV155 | Letter of Credit $140,000.00 | 6/24/1985 | Bond Discharged Satisfaction | 6/4/1987 6/2/1987 |
| 84CV258 | Assignment of Security $741,955.17 | 1/12/1987 | Bond discharged Satisfaction of Claims | 4/6/1987 4/6/1987 |
| 85CV170 | Supersedeas $1,977,212.00 | 11/21/1986 | Bond discharged Satisfaction | 4/15/1987 4/6/1987 |
| 85CV526 | Bond of Conservators $50,000.00 | 6/6/1988 | Summary Judgment | 5/26/88 |
| 85CV529 | Supersedeas $25,000.00 | 8/12/1988 | Bond released Satisfaction | 9/19/89 9/19/89 |
| 86CV1029 | Bond (TRO) $100.00 | 10/10/1986 | Bond Released Judgment | 7/27/1987 6/9/87 |
| 86CV003 | Bond (Stay) $250,000.00 | 7/16/1986 | Bond Dismissed Case Dismissed | 4/30/87 4/2/87 |
| 86CV030 | Receiver's Bond $50,000.00 | 4/18/1986 | Receiver Discharged | 4/26/90 |
| 86CV172 | Supersedeas $36,195,025.00 | 5/16/1994 | Appeal Dismissed Satisfaction | 12/12/1994 12/7/1994 |
| 86CV357 | Interpleader Bond $500,000.00 | 6/15/1987 | Dismissed | 10/10/1989 |
| 86CV386 | Supersedeas $275,000.00 | 5/25/1988 | Order to return appeal bond Satisfaction | 5/4/1989 6/20/1989 |

| | | | | |
|---|---|---|---|---|
| 87CV425 | Supersedeas 42,926.28 | 11/17/1988 | Order to return deposit<br><br>Satisfaction | 5/18/1989<br><br>3/13/1989 |
| 88CV1012 | Supersedeas $412,000.00 | 2/24/1989 | Appeal Mandate<br><br>Satisfaction | 8/17/1990<br><br>10/12/1990 |
| 88CV295 | Letter of Credit $100,214.48 | 7/9/1990 | Bond Discharged<br><br>Order to return cash deposit<br><br>Satisfaction | 11/21/1995<br><br>9/23/1994<br><br>6/9/1992 |
| 88CV328 | Removal Bond $500.00 | 10/18/1988 | Dismissal | 2/9/1990 |
| 89CV121 | Supersedeas $284,000.00 | 10/10/1990 | Appeal Mandate<br><br>Satisfaction | 4/15/1992<br><br>4/20/1992 |
| 89CV311 | Supersedeas $150,000.00 | 9/23/1991 | Stipulated Dismissal | 3/11/1994 |
| 90CV1020 | Supersedeas $32,583 | 5/23/1991 | Appeal Dismissed<br><br>Satisfaction | 4/27/1992<br><br>6/29/1992 |
| 90CV165 | Appeal Bond $16,305.00 | 8/1/1990 | Order reverse/remand to Bankruptcy | 9/9/1993 |
| 91CV071 | Supersedeas $585,150.00 | 1/13/1992 | USCA Mandate<br><br>Order on Mandate Dismissing Complaint | 4/12/1993<br><br>4/21/1993 |
| 91CV155 | Supersedeas $208,763.00 | 1/20/1993 | USCA Mandate<br><br>Order on Mandate | 5/23/1994<br><br>10/17/1994 |

| | | | | |
|---|---|---|---|---|
| 92CV164 | Appeal Bond $441,266.00 | 4/20/1994 | USCA Mandate<br><br>Satisfaction | 4/29/1996<br><br>5/17/1996 |
| 93CV135 | Supersedeas $480,000.00 | 11/1/1994 | USCA Mandate<br><br>Satisfaction | 3/6/1996<br><br>10/30/1998 |
| 93CV121 | Supersedeas $50,000.00 | 3/25/1994 | Judgment on Supersedeas Bond<br><br>Satisfaction | 1/31/1995<br><br>2/8/1995 |
| 97CV139 | Supersedeas $730,415.73 | 8/17/1998 | Stipulated Dismissal | 4/19/2000 |
| 97CV088 | Appeal Bond $325,000.00 | 5/25/2001 | USCA Mandate | 5/16/2003 |
| 99CV1002 | Supersedeas 43,434.02 | 1/11/2000 | Order to return supersedeas bond<br><br>Dismissal | 4/24/2001<br><br>12/5/2001 |
| 99CV014 | Supersedeas $306,000.00 | 8/7/2000 | USCA Mandate<br><br>Satisfaction | 11/17/2000<br><br>11/20/2000 |
| 99CV040 | Supersedeas $5,000,000.00 | 3/6/2000 | USCA Mandate<br><br>Satisfaction | 7/10/2000<br><br>10/24/2000 |
| 07CV054 | Supersedeas $1,700,000.00 | 1/22/2009 | Bond released | 4/15/2010 |
| 09CV101 | Supersedeas $58,361.51 | 3/21/2011 | USCA Mandate<br><br>Satisfaction | 7/27/2012<br><br>9/20/2012 |
| 11CV221 | Supersedeas $325,000.00 | 5/6/2012 | USCA Mandate | 3/18/2013 |
| 11CV227 | Receiver's Bond | 5/26/2011 | Order Discharging Receiver<br><br>Satisfaction | 5/21/2012<br><br>6/5/2012 |

It is hereby,

ORDERED that each of the bonds listed in the cases above, be and the same are hereby discharged and sureties released. It is

FURTHER ORDERED that the Clerk of Court shall serve counsel and sureties with a copy of this order.

Dated this 30 day of July, 2013.

Nancy D. Freudenthal
Chief Judge United States District Court